**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| WILLIAM L. CLAUSON | : |
| Debtor | : NO. |

## CHAPTER 13 PLAN

1. The Debtor(s) shall pay the Trustee the total sum of $19,500.00 over a period of 60 months.

The sum of $325.00 a month for sixty (60) months, starting in September, 2009.

2. From the payments so received the Trustee shall make disbursements as follows:

(a) Trustee's commission.

(b) Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. 507:

(1) Attorney fees of $800.00 to Michael A. Latzes, Esquire

(c) Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

N/A (Debtor is current with his secured monthly payments)

(d) All post-petition payments to holders of allowed secured claims shall continue to be paid outside the Plan. Specifically the unsecured portion of Countrywide Home Loans, Inc. (#104418330) shall be treated as a general unsecured claim, without priority. The mortgage principal shall be reduced to an amount equal to the fair market value of the real property located at 920 Pleasure Ave., Ocean City, N.J. Then the remaining principal mortgage balance shall be modified as a secured claim to be paid outside the Chapter 13 Plan.

(e) Any remaining balance shall be paid pro rata to unsecured creditors that file a Proof of Claim on a timely manner.

3. The following executory contracts of the Debtor are rejected: None.

4. Title to the Debtor's property and income shall revest to the Debtor on confirmation of the Plan.

| | |
|---|---|
| /s/ | /S/ WILLIAM L. CLAUSON |
| (DEBTOR) | (DEBTOR) WILLIAM L. CLAUSON |