UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| WILLIAM L. CLAUSON | : |
| Debtor | : NO.  09-15789 SR |

## AMENDED CHAPTER 13 PLAN

    1. The Debtor(s) shall pay the Trustee the total sum of $35,425.00 over a period of 60 months.

The sum of $325.00 a month for the first eleven (11) month and then, starting in August, 2010, pay $650.00 a month for the next forty-nine months.

    2. From the payments so received the Trustee shall make disbursements as follows:

    (a) Trustee's commission.

    (b) Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. 507:

    (c)  Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

    1. Mortgage arrears of $6,867.94 owed to The Bank of New York Mellon (c/o BAC Home Loans Servicing, LP)

    (d)  Debtor will pay the post-petition mortgage payments to The Bank of New York Mellon, c/o BAC Home Loans Servicing, LP, starting in September, 2009.  Debtor will pay the post-petition mortgage payment to Bank of America Home Loans starting  in August, 2010.  The principal balance of the Bank of America Home Loans' (ID # 41-00021) mortgage has been modified from $326,000.00 to $240,000.00. The monthly payment has been reduced from $2,238.00 to $1,438.00.  Debtor is responsible to maintain homeowner's insurance and pay real estate taxes, both to be paid outside the plan.  Please refer to Consent Order dated  July 20, 2010.  (Adversary #: 09-00374)

    (e) Any remaining balance shall be paid pro rata to unsecured creditors that file a Proof of Claim on a timely manner.

    3. The following executory contracts of the Debtor are rejected:   None.

    4. Title to the Debtor's property and income  shall revest to the Debtor on confirmation of the Plan.

| | |
|---|---|
|  7-23-10 | /S/   WILLIAM L. CLAUSON |
| DATE | (DEBTOR) WILLIAM L. CLAUSON |